# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

P. James Hopper , xxx–xx–0972
aka    Pyrmnous James Hopper
Pamela A. Hopper , xxx–xx–8188
Debtor*

Bankruptcy Case No.  13–25137
Chapter  7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been fully administered.

**IT IS ORDERED THAT:**

☑ Bettye Sue Bedwell  is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc:  Trustee:  Bettye Sue Bedwell
      Attorney:  Eugene G. Douglass

Date:   October 27, 2013

*/s/ George W Emerson Jr*

**United States Bankruptcy Judge**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

**[fd7]** [Final Decree – 02/10/2002]